UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DANYELLE L. DUNN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) NO. 1:12-cv-00471-TWP-DKL |
| | ) |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

### ORDER TO FILE STIPULATION OF DISMISSAL

The Plaintiff having notified the Court that this case settled, the Court hereby orders parties to file their **Stipulation of Dismissal on or before July 16, 2012.** Any previously-ordered dates and deadlines are VACATED and any pending motions are DENIED as MOOT.

IT IS SO ORDERED this   06/14/2012

_____
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution to:

John Thomas Steinkamp
JOHN T. STEINKAMP AND ASSOCIATES
steinkamplaw@yahoo.com