UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Danyelle L. Dunn,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No.: 1:12-cv-471-TWP-DKL |
| **vs.** ) | |
| ) | |
| **NCO Financial Systems, Inc.,** ) | |
| ) | |
| **Defendant.** ) | |

## PLAINTIFFS' MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Danyelle L. Dunn, by counsel, herein moves this Court to dismiss this cause of action with prejudice, with each party being responsible for its own respective costs and expenses, including but not limited to attorneys' fees, incurred in connection with this cause.

Respectfully submitted,

 /s/ John T. Steinkamp
John T. Steinkamp
John Steinkamp & Associates
5218 S. East St., Ste. E1
Indianapolis, IN 46227
Office:  (317) 780-8300
Fax: (317) 217-1320
steinkamplaw@yahoo.com

## Certificate of Service

The undersigned attorney hereby certifies that a copy of the foregoing document was served on the following by US Mail, first class postage paid and/or via ECF on June 26, 2012.

NCO Financial Systems, Inc.
c/o CT Corporation System, Registered Agent
251 E. Ohio St., Ste 1100
Indianapolis, IN 46204

Respectfully submitted,

/s/ John Steinkamp
John T. Steinkamp
John Steinkamp and Associates
5218 S. East Street, Suite
Indianapolis, IN 46227
Office: (317) 780-8300
Fax: (317) 217-1320
steinkamplaw@yahoo.com